1  Duy Thai, SBN 157345
2  351 California Street, Suite 550
   San Francisco, California 94104
3  Tel.: 415 296-9927
   Fax: 415 230-5779
4
5  Attorney for Defendants
   Exodus Archives, Inc.
6  and Robert Theodore McIlvenna

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 STEVEN VANONI                          Case No.: CV-11-01447-EMC

12                    Plaintiff,

13            v.                           STIPULATION TO EXTEND TIME TO
                                           RESPOND TO COMPLAINT ; ORDER
14
   EXODUS ARCHIVES, INC., ROBERT
15 THEODORE McILVENNA, and LAURA
   HENKEL,
16
17                    Defendants.

18

19         IT IS HEREBY STIPULATED by and between plaintiff Steven Vanoni
20  and defendants Exodus Archives, Inc. and Robert Theodore McIlvenna, through their
21  respective counsel identified below, as follows:
22         Pursuant to Civil L. R. 6–1(a), the time within which defendants Exodus
23  Archives, Inc. and Robert Theodore McIlvenna must answer or otherwise respond to the
24  complaint is hereby extended thirty (30) additional day, so that said defendants shall file
25  and serve such answer or other response no later than June 6, 2011.
26
27
28

1

2  DATED: May 3, 2011

3

4                                                      _____
                                                       Duy Thai, SBN 157345
5                                                      Attorney for Defendants
                                                       Exodus Archives, Inc., and
6                                                      Robert Theodore McIlvenna

7

8  DATED: May 2, 2011

9

10                                                     _____
                                                       Stephen L. Davis, SBN 149817
11                                                     Attorney for Plaintiff
                                                       Steven Vanoni

12

13

14  IT IS SO ORDERED

15

16  _____
    Edward M. Chen
17  U.S. Magistrate Judge

18

*IT IS SO ORDERED*
*Judge Edward M. Chen*

19

20

21

22

23

24                                                         .

25

26

27

28

2
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT