Laura Hinkel
c/o 107 E. Charleston Blvd., #100
Las Vegas, NV 89104
Telephone: (415) 577-3003
Email: laura@laurahenkel.com

Defendant in proper person

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VANONI<br><br>Plaintiff,<br><br>v.<br><br>EXODUS ARCHIVES, INC., ROBERT THEODORE McILVENNA, and LAURA HENKEL,<br><br>Defendants. | Case No.: CV-11-01447-EMC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** ; ORDER |

IT IS HEREBY STIPULATED by and between Plaintiff Steven Vanoni, by and through his counsel, Stephen L. Davis, Esq. of the law firm of Davis & Leonard LLP and Defendant Laura Henkel, in proper person, as follows:

Pursuant to Civil L. R. 6–1(a), the time within which defendant, Laura Henkel must answer or otherwise respond to the complaint is hereby extended thirty (30) additional days,

///

///

///

///

///

1

1  so that said Defendant shall file and serve such answer or other response no later than **June
2  3, 2011.**
3     DATED this 12 day of May, 2011.
4
5  _____        DAVIS & LEONARD LLP
6  Laura Henkel                          _____
7  107 E. Charleston Blvd., #100         Stephen L. Davis, Esq.
   Las Vegas, NV 89104                   8880 Cal Center Drive, Suite 180
8                                        Sacramento, CA 95826
9
10 IT IS SO ORDERED:

   **IT IS SO ORDERED**
   /s/ Edward M. Chen
   Judge Edward M. Chen

12 _____
13 Edward M. Chen
   U.S. Magistrate Judge

2