| | |
|---|---|
| 1 | STEPHEN L. DAVIS (State Bar No. 149817)<br>DAVIS & LEONARD, LLP |
| 2 | 8880 Cal Center Drive, Suite 180<br>Sacramento, California 95826 |
| 3 | Telephone: (916) 362-9000<br>Fax: (916) 362-9066 |
| 4 | E-mail: sdavis@davisandleonard.com |
| 5 | Attorneys for Defendant<br>Steve Vanoni |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VANONI, An individual,<br><br>    Plaintiff,<br><br>  v.<br><br>EXODUS ARCHIVES, INC., a Nevada corporation; ROBERT THEODORE MCILVENNA, an individual; and LAURA HENKEL, an individual,<br><br>    Defendants. | CASE NO. CV-11-01447-EMC<br><br>JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER ON STIPULATION<br><br>Current CMC:<br>Date: July 13, 2011<br>Time: 1:30 p.m.<br>Courtroom: C, 15th Floor |

The undersigned parties, through their counsel of record, have initially met and conferred in accordance with the Court's order setting initial case management conference dated March 25, 2011. Defendant Laura Henkel has been served, but has not yet appeared, in this case. Counsel for plaintiff has corresponded with Ms. Henkel and has communicated on the telephone with an attorney representing Ms. Henkel, but this attorney has not yet indicated an intent to continue representing Ms. Henkel or to appear in this case on her behalf, and plaintiff's counsel would prefer to give Ms. Henkel an opportunity to find counsel and respond rather than enter her default.

Counsel for the undersigned parties have had some communications on the subject of settlement and believe it may be fruitful for them to have a brief additional opportunity

to discuss settlement, and possible avenues for resolving the case, prior to the case management conference.

The undersigned parties stipulate to and respectfully request a brief additional opportunity to confer with one another and with Ms. Henkel and/or her counsel to determine if she will make an appearance before the case management conference, and they believe that good cause exists to grant a brief continuance of the initial case management conference, now set for Wednesday, July 13 at 1:30 in this court, until Wednesday, August 3, 2011 at 1:30 p.m.

Dated: June 29, 2011        DAVIS & LEONARD, LLP

By: s/Stephen L. Davis
Stephen L. Davis
Attorneys for Plaintiff
Steven Vanoni

Dated: June 29, 2011

By: s/Duy Thai
Duy Thai
Attorneys for Defendants
Exodus Archives, Inc. and
Robert Theodore McIlvenna

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The initial case management conference is rescheduled to take place on ~~August 12~~, 2011 at ~~1:30 p.m.~~ 9:00 a.m. in Courtroom ~~C, 15th Floor.~~ 5, 17th Floor.

_____
HONORABLE EDWARD M. CHEN

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

2

JOINT STIPULATION TO CONTINUE INITIAL CASE MA