STEPHEN L. DAVIS (State Bar No. 149817)
MARK R. LEONARD (State Bar No. 219186)
DAVIS & LEONARD, LLP
8880 Cal Center Drive
Suite 180
Sacramento, California 95826
Telephone: (916)362-9000
Fax: (916)362-9066
E-mail: sdavis@davisandleonard.com

Attorneys for Plaintiff/Counter-Defendant
Steven Vanoni

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VANONI, An individual,<br><br>　　Plaintiff,<br><br>　v.<br><br>EXODUS ARCHIVES, INC., a Nevada corporation; ROBERT THEODORE MCILVENNA, an individual; and LAURA HENKEL, an individual,<br><br>　　Defendants.<br><br>EXODUS ARCHIVES, INC., a Nevada corporation; ROBERT THEODORE MCILVENNA, an individual,<br><br>　　Counter-Claimants,<br><br>　v.<br><br>STEVEN VANONI, An individual,<br><br>　　Counter-Defendant. | CASE NO. CV-11-01447-EMC<br><br>**STIPULATION OF PARTIES TO DISMISS ACTION** ; ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Steven Vanoni and defendants Robert T. McIlvenna and Exodus Archives, Inc., being the only parties to have made an appearance in this action to date, hereby stipulate to a dismissal of this action and of all of the claims and counterclaims alleged in this action. The claims of plaintiff Vanoni

against defendants McIlvenna and Exodus Archives, Inc., and the counterclaims of counterclaimants McIlvenna and Exodus Archives, Inc., are dismissed with prejudice. The claims by plaintiff Vanoni against defendant Henkel, who has not appeared, are dismissed without prejudice.

Dated: August 2, 2011   DAVIS & LEONARD, LLP

_____
Stephen L. Davis
Attorneys for Plaintiff/Counter-Defendant
Steven Vanoni

Dated: August 2, 2011

_____
Duy Thai
Attorney for Defendants/Counter-Claimants
Exodus Archives, Inc. and
Robert Theodore McIlvenna

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District